**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**RODRICK PATTERSON**                                                                       **PLAINTIFF**

**vs.**                                                       **CIVIL ACTION NO.: 3:16-CV-990-HTW-LRA**

**JACOB M. RITCHEY, ESQ.,
AND ASSOCIATE**                                                       **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE**

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 4]**. The Plaintiff filed his Objections to the Report and Recommendation [Docket no. 5]. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.

Therefore, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 4]** as the order of this court.

Further, this court is persuaded by the Report and Recommendation of United States Magistrate Judge Linda Anderson **[Docket no. 4]** that this case is due to be **DISMISSED**. Therefore, this court hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this 25th day of February, 2017.**

                                                                             **s/ HENRY T. WINGATE
                                                                             UNITED STATES DISTRICT COURT JUDGE**